**Rondoe Reece WRIGHT, Appellant,**

v.

**Paul W. LOEFFELHOLZ, sued as Loeffelholz, Paul; Duffy, Doctor; University of Iowa Hospitals; Kip Kautsky, Appellees.**

No. 03–2635.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 5, 2003.

Decided Oct. 7, 2003.

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

PER CURIAM.

Iowa inmate Rondoe Wright appeals the District Court's[1] preservice dismissal of his 42 U.S.C. § 1983 (2000) action. Upon careful review of the record, we conclude dismissal was proper because Wright's claims, which accrued at least four years prior to initiation of this action, were barred by the applicable statute of limita-

1. The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

tions. *See* Iowa Code § 614.1(2) (West Supp.2003) (limitations period for personal injury actions is two years after accrual); *Wilson v. Garcia,* 471 U.S. 261, 279–80, 105 S.Ct. 1938, 85 L.Ed.2d 254 (1985). Accordingly, we affirm. *See* 8th Cir. R. 47A(a).